Edward L. Huested, as Administrator, etc., of Orel Huested, Deceased, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Bertha J. Moriarta, as Administratrix, etc., Appellant, v. Richmond Light and Railroad Company, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Herbert A. O'Brien, Respondent, v. Charles E. Coogan, Defendant, Impleaded with John Henry Tempelman and Another, Appellants.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Addie J. Powers, as Executrix, etc., of Thomas H. Mallon, Deceased, Appellant, v. Lawyers Title Insurance and Trust Company, Respondent. Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Charles Roma, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Selma Willbrandt, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. William Willbrandt, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.